UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:25–cv–08789–MWF–AYP            Date      May 4, 2026

Title      DAVID GORDON OPPENHEIMER V. LAPOLT LAW, P.C.

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
       Courtroom Deputy                            Court Reporter

   Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

    In light of the Notice of Settlement filed 4/29/26 (Mediation Report), the Court sets a hearing on Order To Show Cause Re Dismissal for July 6, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

Initials of Clerk:  rs